**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

| | |
|---|---|
| INDIA BANKS,<br>on behalf of herself and all others similarly situated,<br><br>   *Plaintiff,*<br><br>v.<br><br>KENNETH REES; THINK FINANCE, INC.; THINK FINANCE SPV, LLC; TC DECISION SCIENCES, LLC; TC LOAN SERVICE, LLC; TAIL WIND MARKETING, LLC; TC ADMINISTRATIVE SERVICES, LLC and GPL SERVICING, LTD.,<br><br>   *Defendants.* | Case No. 8:17-cv-02201-SDM-AAS |

## DEBTORS' SUGGESTION OF BANKRUPTCY

  PLEASE TAKE NOTICE THAT on October 23, 2017, Think Finance, LLC (f/k/a Think Finance, Inc.), Think Finance SPV, LLC, TC Decision Sciences, LLC, TC Loan Service, LLC, TC Administrative Services, LLC, and Tailwind Marketing, LLC (collectively, the "Debtors"), Defendants in the above-captioned proceedings, filed voluntary petitions for relief pursuant to chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"). The Debtors' bankruptcy cases (the "Bankruptcy Cases") are pending before the United States Bankruptcy Court for the Northern District of Texas. The Debtors have requested joint administration of the Bankruptcy Cases under Case No. 17-33964-hdh11.

  Immediately upon the commencement of the Bankruptcy Cases, the automatic stay imposed by section 362 of the Bankruptcy Code went into effect. Section 362 operates as a

1

stay, applicable to all entities, of (i) the commencement or continuance of judicial, administrative, or other actions or proceedings against the Debtors that were or could have been commenced before the commencement of the Bankruptcy Cases, or to recover a claim against the Debtors that arose before the commencement of the Bankruptcy Cases, (ii) the enforcement against the Debtors or against the property of the estate of a judgment obtained before the commencement of the Bankruptcy Cases, (iii) any act to obtain possession of property of or from the estate or to exercise control over property of the estate, and (iv) any act to create, perfect, or enforce a lien against property of the estate.

Dated: October 26, 2017

Respectfully submitted,

HUNTON & WILLIAMS LLP

*/s/ Gustavo J. Membiela*
Gustavo J. Membiela, Florida Bar No. 0513555
1111 Brickell Avenue,
Suite 2500
Miami, FL 33131
Telephone: (305) 810 2500
Facsimile: (305) 810 2460
Email: gmembiela@hunton.com

*Attorney for Think Finance, LLC (f/k/a Think Finance, Inc.), Think Finance SPV, LLC, Tailwind Marketing, LLC, TC Loan Service, LLC, TC Administrative Services, LLC, and TC Decision Sciences, LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 26, 2017, I caused the foregoing to be filed through this Court's CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

            */s/ Gustavo J. Membiela*
            Gustavo J. Membiela