UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INDIA BANKS,

    Plaintiff,

v.                                                      CASE NO. 8:17-cv-2201-T-23AAS

KENNETH REES, et al.,

    Defendants.
_____/

## **ORDER**

The defendants announce (Doc. 20) that Think Finance, LLC; Think Finance SPV, LLC; TC Decision Sciences, LLC; TC Loan Service, LLC; TC Administrative Services, LLC; and Tailwind Marketing, LLC, voluntarily petitioned for Chapter 11 bankruptcy relief. However, the defendants fail to announce that Kenneth Rees and GPL Servicing, Ltd., have petitioned for bankruptcy relief. Accordingly, only the claims against Think Finance, LLC; Think Finance SPV, LLC; TC Decision Sciences, LLC; TC Loan Service, LLC; TC Administrative Services, LLC; and Tailwind Marketing, LLC, are **STAYED** under 11 U.S.C. § 362(a).

ORDERED in Tampa, Florida, on November 17, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE